# Third District Court of Appeal

## State of Florida

Opinion filed October 15, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-2149
Lower Tribunal No. 20-15415-CA-01
_____

**Alton Green Coney, et al.,**
Appellants,

vs.

**Richard Irvin Flores, et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Peter R. Lopez, Judge.

Cole Scott & Kissane, P.A., and Therese A. Savona (Orlando), for appellants.

Rubenstein Law and Jessica J. Gonzalez-Monge (Orlando); Harris Appeals, P.A., and Andrew A. Harris (Palm Beach Gardens), for appellees.

Before FERNANDEZ, LOGUE and GORDO, JJ.

PER CURIAM.

Affirmed.